IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

QUINTON ANDREWS,

    Petitioner,

v.

EMANUEL COUNTY,

    Respondent.

CIVIL ACTION NO.: 6:16-cv-56

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Petitioner Quinton Andrews' ("Andrews") Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Andrews *in forma pauperis* status on appeal.

**SO ORDERED**, this 20th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA